FILED

NOV 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>BURNLOUNGE, INC., a Corporation and JUAN ALEXANDER ARNOLD, an individual,<br><br>    Defendants - Appellants,<br>  And<br><br>JOHN TAYLOR, an individual and ROB DEBOER, an individual,<br><br>    Defendants. | No. 12-55926<br><br>D.C. No. 2:07-cv-03654-GW-FMO<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>BURNLOUNGE, INC., a Corporation; et al.,<br><br>    Defendants,<br>  And<br><br>JOHN TAYLOR, an individual,<br><br>    Defendant - Appellant. | No. 12-56197<br><br>D.C. No. 2:07-cv-03654-GW-FMO<br>Central District of California,<br>Los Angeles |

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>ROB DEBOER, an individual,<br><br>        Defendant - Appellee,<br>And<br><br>JOHN TAYLOR, an individual,<br><br>        Defendant,<br><br>BURNLOUNGE, INC., a Corporation and JUAN ALEXANDER ARNOLD, an individual,<br><br>        Defendants. | No. 12-56228<br><br>D.C. No. 2:07-cv-03654-GW-FMO<br>Central District of California,<br>Los Angeles |

    Within seven days of this order the Appellant Burnlounge, Inc. shall provide this court with a complete copy of the district court transcript of Dr. Peter Vander Nat's testimony and any exhibits relied on by Dr. Peter Vander Nat during his testimony in this case. An electronic format is preferred if available.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

    By: Beverly Brown
    Deputy Clerk